# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| | |
|---|---|
| In re | Chapter 11 |
| Laboratory Partners, Inc., *et al.*,[1] | Case No. 13-12769 (PJW) |
| Debtors. | (Joint Administration Pending) |
| | **Hearing Date: November 26, 2013 at 2:00 p.m. (ET)** |
| | **Obj. Deadline: November 12, 2013 at 4:00 p.m. (ET)** |
| | **RE: D.I. 15** |

------------------------------------------------------x

**NOTICE OF HEARING ON DEBTORS' MOTION FOR AN ORDER UNDER SECTIONS 105, 365(a) AND 554(a) OF THE BANKRUPTCY CODE: (I) ESTABLISHING PROCEDURES FOR THE REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND THE ABANDONMENT OF RELATED PERSONAL PROPERTY; AND (II) AUTHORIZING THE DEBTORS TO REJECT CERTAIN UNEXPIRED LEASES OF REAL PROPERTY AND CERTAIN CONTRACTS [RE: D.I. 15]**

PLEASE TAKE NOTICE that the on October 25, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the **Debtors' Motion For An Order Under Sections 105, 365(a) And 554(a) Of The Bankruptcy Code: (I) Establishing Procedures For The Rejection Of Executory Contracts And Unexpired Leases Of Nonresidential Real Property And The Abandonment Of Related Personal Property; And (II) Authorizing The Debtors To Reject Certain Unexpired Leases Of Real Property And Certain Contracts** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion must (a) be in writing and served on or before **November 12, 2013, at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) be filed with the Clerk of the Bankruptcy Court, 824 North

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc.(9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) be served as to be received on or before the Objection Deadline by the undersigned attorneys for the Debtors.

       PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

       PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 26, 2013 AT 2:00 P.M. (ET)** BEFORE THE HONORABLE PETER J. WALSH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DELAWARE 19801.

       IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE OR ANY ORDER ENTERED BY THE COURT REGARDING THE SCHEDULING OF THE MOTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 29, 2013
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Erin R. Fay (No. 5268)
1201 N. Market Street
PO Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989

- and-

PILLSBURY WINTHROP SHAW PITTMAN LLP
Leo T. Crowley
Margot Erlich
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Proposed Counsel to Debtors*
*and Debtors in Possession*

7732900.2