**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Laboratory Partners, Inc., *et al.* | : | Case No. 13-12769 (PJW) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **M. Bashar Kashlan, M.D.,** 340 E. Randolph St., Ste. 6001, Chicago, IL 60601, Phone: 812-243-2700

2. **Paul Kilbourne, Sr.**, 2200 Snyder Rd., Batavia, OH 45103, Phone: 513-319-9570

3. **Quest Diagnostics Inc.**, Attn: Paul Kattas, 3 Giralda Farms, Madison, NJ 07940, Phone: 973-520-2030

4. **Soft Computer Consultants**, Attn: Howard Berloff, 30 Longwood Ave., #104, Brookline, MA 02446, Phone: 617-447-0796

5. **Fisher Scientific Co., LLC,** Attn: Gary R. Barnes, 300 Industry Dr., Pittsburgh, PA 15275 Phone: 724-517-2372


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Richard L. Schepacarter for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: November 7, 2013

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: Robert J. Dehney, Esquire, Phone: 302-658-9200, Fax: 302-658-3989