**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LABORATORY PARTNERS, INC., *et al.*,[1] | ) Case No. 13-12769 (PJW) |
| | ) |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that The Official Committee of Unsecured Creditors (the "Committee"), in the chapter 11 cases of the above-captioned debtors and debtors in possession, hereby appears by its co-counsel, Otterbourg P.C. ("Otterbourg") and Klehr Harrison Harvey Branzburg LLP ("Klehr"). Otterbourg and Klehr hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned case. Otterbourg and Klehr request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case and copies of all papers served or required to be served in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follow: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc. (9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

service upon Otterbourg and Klehr, at the address, telephone, and facsimile numbers set forth

below:

| | |
|---|---|
| **Otterbourg P.C.** | **Klehr Harrison Harvey Branzburg LLP** |
| Scott L. Hazan, Esquire | Margaret M. Manning, Esquire (Bar No. 8571) |
| David M. Posner, Esquire | 919 Market Street |
| Gianfranco Finizio, Esquire | Suite 1000 |
| 230 Park Avenue | Wilmington, Delaware  19801-3062 |
| New York, NY 10169-0075 | Telephone:  (302) 426-1189 |
| Telephone:  (212) 661-9100 | Facsimile:   (302) 426-9193 |
| Facsimile:  (212) 682-6104 | Email:  mmanning@klehr.com |
| Email: shazan@otterbourg.com | |
|     dposner@otterbourg.com | |
|     gfinizio@otterbourg.com | |

     **PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders,

applications, motions, petitions, pleadings, requests, complaints and demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or

otherwise, in these cases.

     **PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for*

*Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of

any of the rights of the Committee including, without limitation, to (i) have final orders in non-

core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any

proceeding so triable in this case, or any case, controversy, or adversary proceeding related to

this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

the Committee may be entitled in law or in equity, all of which rights, claims, actions, defenses,

setoffs, and recoupments are expressly reserved.

2

PHIL1 3185137v.1

Dated: November 11, 2013
Wilmington, Delaware

/s/ Margaret M. Manning

**KLEHR HARRISON HARVEY BRANZBURG LLP**
Margaret M. Manning, Esquire (DE Bar No. 8157)
919 Market Street, Suite 1000
Wilmington, Delaware  19801-3062
Telephone:  (302) 576-1600
Facsimile:    (302) 576-1100
Email:  mmanning@klehr.com

-and-

**OTTERBOURG  P.C.**
Scott L. Hazan, Esquire
David M. Posner, Esquire
Gianfranco Finizio, Esquire
230 Park Avenue
New York, NY 10169-0075
Telephone:  (212) 661-9100
Facsimile:  (212) 682-6104
Email:  shazan@otterbourg.com
        dposner@otterbourg.com
        gfinizio@otterbourg.com

3