IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
::::::::
In re: : Chapter 11
:
Laboratory Partners, Inc., *et al.*, : Case No. 13-12769 (PJW)
: Jointly Administered
Debtors. :
: **Cure/Assignment Obj. Deadline:**
: **12/10/13 by 4:00 p.m.**
: **Related to:  Docket No. 100**
---------------------------------------------------------------x

### LIMITED OBJECTION OF AETNA INC. TO NOTICE OF ASSUMPTION, ASSIGNMENT, AND/OR TRANSFER OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Aetna Inc. and its affiliated companies (collectively, "Aetna"), by and through undersigned counsel, files this limited objection to the *Notice of Assumption, Assignment and/or Transfer of Certain Executory Contracts and Unexpired Leases* (the "Cure Notice") served upon Aetna by the above-captioned debtors (collectively, the "Debtors"), and in support thereof, respectfully states as follows:

### Aetna's Limited Objection

1. On October 25, 2013, the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") commencing the above-captioned cases in the United States Bankruptcy Court for the District of Delaware (the "Court").

2. On November 15, 2013, the Court entered an *Order: (I) Approving Bidding Procedures in Connection with Sale(s) of Substantially All of the Debtors' Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving Form and Manner of Notice Thereof; (IV) Authorizing Entry into Stalking Horse Agreements Subject to Further Hearing; and (V) Granting Related Relief* [D.I. 100] (the "Bidding Procedures Order"). The Bidding

{05081044.DOCX.}

Procedures Order established, among other things, procedures relating to the assumption and assignment of executory contracts and unexpired leases. *See* Order, ¶¶ 20-26 & Sch. 3.

3.  On November 26, 2013, the Court entered an *Order Granting Extension of Time for Filing Schedules and Statements*, which allows the Debtors through and including December 26, 2013 to file, among other items, their schedules of executory contracts and unexpired leases. *See* D.I. 16 & 105.

4.  On or about November 26, 2013, the Debtors served the Cure Notice on Aetna, attaching, as Exhibit A, a schedule of executory contracts that the Debtors seek to assume and assign pursuant to the Bidding Procedures Order. Specifically, Exhibit A identifies a division of Aetna, "Coventry Healthcare National Network OBO First Health Group Corp.," as a counterparty to a "Clinical Laboratory Services Agreement" with MedLab Ohio, Inc., for which the Debtors have proposed cure amounts on account of prepetition arrearages of $0.00 (the "Cure Amount").

5.  Aetna is counterparty to a variety of contracts with one or more of the Debtors. Upon review of its books and records, and as set forth on Exhibit 1 attached hereto, Aetna asserts that the amount currently due and owing Aetna under those contracts is in the total amount of $4,103.37. Without additional information with respect to the contract(s) that the Debtors propose to assume and assign, Aetna cannot verify that the Cure Amount is correct.

### Reservation of Rights

6.  Aetna reserves the right to modify, supplement and/or amend this limited objection with respect to any executory contract or unexpired lease, including that certain "Clinical Laboratory Services Agreement" listed in the Cure Notice.

**WHEREFORE**, Aetna objects to the Cure Notice and requests that the Court enter an order consistent with this limited objection and grant Aetna such further relief as the Court deems appropriate.

Dated: December 10, 2013

CONNOLLY GALLAGHER LLP

*/s/ Karen C. Bifferato*

Karen C. Bifferato, Esquire (#3279)
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 888-6221
Email: kbifferato@connollygallagher.com

-and-

McGUIREWOODS LLP
Aaron G. McCollough, Esquire
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8256
Email: amccollough@mcguirewoods.com

-and-

Whitney R. Travis, Esquire
One James Center
901 E. Cary Street
Richmond, VA 23219-4030
Telephone: (804) 775-1125
Email: wtravis@mcguirewoods.com