**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
Laboratory Partners, Inc., *et al.*,[1]        :      Case No. 13-12769 (PJW)
                                               :
              Debtors.                         :      (Jointly Administered)
---------------------------------------------------------x

**NOTICE OF REJECTION OF EXECUTORY
CONTRACTS AND/OR UNEXPIRED LEASES
OF NONRESIDENTIAL REAL PROPERTY**

      PLEASE TAKE NOTICE that on November 19, 2013 the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order (the "Order") approving procedures (the "Rejection Procedures") for the debtors and debtors in possession in the above-captioned cases (the "Debtors") to reject certain unexpired leases of nonresidential real property ("Leases") and unexpired personal property leases and other executory contracts ("Contracts"), and to abandon certain personal property related to rejected Leases (the "Related Property") from time to time in furtherance of the Debtors' reorganization efforts. In summary, the Rejection Procedures enable the Debtors, in the exercise of their business judgment, to reject any Lease or Contract determined to be unnecessary and/or burdensome to the Debtors' ongoing operations, and to abandon certain Related Property, subject to fourteen (14) calendar days' written notice via electronic mail, facsimile or overnight mail, to: (i) the non-Debtor party (and its counsel, if known) to the applicable Lease or Contract at the last known address available to the Debtors; (ii) counsel to the official committee appointed in these cases; (iii) counsel to the Debtors' postpetition lender; and (iv) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") (collectively, the "Notice Parties"). A copy of the Order is enclosed.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the terms of the Order, unless a written objection hereto is filed and served in accordance with the terms of the Order, the following Leases and/or Contracts will be rejected pursuant to section 365(a) of title 11 of the United States Code (the "Bankruptcy Code"), and the following property shall be abandoned pursuant to section 554(a) of the Bankruptcy Code, effective as of the later of: (i) the date of the Rejection Notice; (ii) the date set forth in the Rejection Notice for such rejection and/or abandonment; (iii) a date to which the Debtors and the counter-party to the applicable Lease or Contract have, after the date of the Rejection Notice, agreed in writing, as reflected in a notice

---

[1]    The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc.(9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

filed with the Court; or (iv) the date, as determined by the Debtors, of the surrender of the property governed by the applicable Lease or Contract to the affected non-Debtor contract party, as reflected in a notice filed with the Court:

> **Title of Lease/Contract:** Retention Agreement, Revised 8/6/13, including any amendments thereto
>
> **Brief Description of Lease/Contract:** Agreement establishing retention bonus, dated August 15, 2013
>
> **Term of Lease/Contract:** n/a
>
> **Parties to the Lease/Contract:**
>
>> **Debtor:** Laboratory Partners, Inc., Terre Haute Medical Laboratory, Inc., MedLab Ohio, Inc., Pathology Associates of Terre Haute, Inc., Suburban Medical Laboratory, Inc., Kilbourne Medical Laboratories, Inc., Biological Technology Laboratory, Inc.
>>
>> **Non-Debtor Party:** Todd Bibler
>
> **Contact Information for Non-Debtor Party:** 671 Ohio Pike, Suite K Cincinnati, OH 45245
>
> **Effective Date of Rejection:** December 10, 2013
>
> **Related Property Proposed To Be Abandoned:** None

PLEASE TAKE FURTHER NOTICE that if an objection to this Rejection Notice is timely filed with the Bankruptcy Court and timely served upon: (i) co-counsel to the Debtors (a) Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York, 10036 (Attn: Leo T. Crowley, Esq., and Margot Erlich, Esq.), and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P. O. Box 1347, Wilmington, DE  19899-1347 (Attn: Robert J. Dehney, Esq., Derek C. Abbott, Esq., and Erin R. Fay, Esq.); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter, Esq.) and (iii) all other Notice Parties, so that such objection is actually received not later than December 26, 2013, the objection and the applicable Rejection Notice shall be considered at the next regularly scheduled omnibus hearing in these cases. If such an objection to a Rejection Notice is timely received, and the Court ultimately upholds the Debtors' determination to reject the applicable Lease or Contract and to abandon related property, then the applicable Lease or Contract shall be deemed rejected and the property abandoned as of the date determined by the Bankruptcy Court and/or as set forth in any Order overruling such objection.  If no such objection is timely filed the Lease or Contract referenced above may be rejected without a hearing.

**PLEASE TAKE FURTHER NOTICE that proofs of any claims, if any, arising out of the rejection of any Lease or Contract, or the abandonment of Related Property, must be filed on or before the later of: (i) thirty (30) days after the date of service**

**of the Rejection Notice; or (ii) any bar date for the filing of proofs of claim established by this Court, with:**

    (i) If by regular mail: BMC Group, Inc.,
    P.O. Box 3020
    Chanhassen, MN 55317-3020
    (Attn: Laboratory Partners Claims Processing); and

    (ii) If by messenger
    or overnight delivery: BMC Group Inc.,
    18675 Lake Drive East
    Chanhassen, MN 55317
    (Attn: Laboratory Partners Claims Processing)

**If any such claim is not timely filed, it will be deemed waived by the claimant.**

Dated: Wilmington, Delaware
      December 10, 2013

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE 19899-1347
Telephone: 302-658-9200
Facsimile: 302-658-3989

-and-

Leo T. Crowley
Margot Erlich
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Counsel to Debtors and Debtors in Possession*