IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Laboratory Partners, Inc. *et al* [1] | ) Case No. 13-12769 (PJW) |
| Debtors. | ) (Jointly Administered) |

## STATUS REPORT OF THE DEBTORS REGARDING SALE PROCESS AND NOTICE OF EXTENSION OF TIME TO SUBMIT BIDS FOR THE LONG-TERM CARE DIVISION

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this Status Report and Notice of Extension of Time to Submit Bids (the "Status Report and Notice") regarding the Auction related to the Long-Term Care Division,[2] and represent as follows:

1. As set forth in the Bidding Procedures Order, the Auction for the Long-Term Care Division was initially scheduled for December 16, 2013. The Debtors are currently in active negotiations with the Prepetition Secured Lenders and American Health Associates, Inc., who anticipate forming a joint venture to Credit Bid for the Long Term Care Division.

2. So that the parties may have additional time to negotiate, the Bid Deadline has been extended and the Auction has been continued to December 19, 2013 at 10:00 am EST, to be held at

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc. (9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

[2] Terms used but not defined herein shall have the meanings set forth in the Order (I) Approving Bidding Procedures in Connection with the Sale(s) of Substantially All the Debtors' Assets; (II) Scheduling Hearing to Consider Sale; (III) Approving the Form and Manner of Notice Thereof; (IV) Authorizing Entry Into Stalking Horse Agreements Subject to Further Hearing; and (V) Granting Related Relief, entered November 15, 2013 (Dkt: 100) (the "Bidding Procedures Order") and accompanying exhibits.

the offices of Pillsbury Winthrop Shaw Pittman, LLP, 1540 Broadway, New York, NY 10036 or at such other place, date and time as may be designated by the Debtors to the Auction Notice Parties.[3] During this sale process, it is anticipated that the Long-Term Care Division will continue to serve its customers without disruption.

3. This Status Report and Notice will be served on each Auction Notice Party.

Dated: December 17, 2013
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Derek C. Abbott (No. 3376)
Erin R. Fay (No. 5268)
1201 N. Market St., 16th Flr.
PO Box 1347
Wilmington, DE  19899-1347
Telephone:  302-658-9200
Facsimile:  302-658-3989

– and –

PILLSBURY WINTHROP SHAW PITTMAN LLP
Leo T. Crowley
Jonathan J. Russo
Margot Erlich
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

*Attorneys for the Debtors
and Debtors in Possession*

---

[3] In the event that negotiations continue as of December 19, 2013, the Debtors reserve the right to further extend the Bid Deadline and continue the Auction, in which case the Debtors anticipate filing an additional status report with the Court.

A/75869965.3