## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------x Chapter 11
In re                                                             : Case No. 13-12769 (PJW)
                                                                  :
Laboratory Partners, Inc., et al.,¹                               : (Jointly Administered)
                    Debtors                                       :
------------------------------------------------------------------x Re: D.I. 100
```

### NOTICE OF ADJOURNMENT OF DATES RELATED TO AUCTION AND SALE HEARING WITH RESPECT TO DEBTORS' TALON AND UNION HOSPITAL DIVISIONS

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    1.    On October 15, 2013, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered an order [D.I. 100] (the "**Bidding Procedures Order**")[2] that, among other things, approved procedures (the "**Bidding Procedures**") for the solicitation and consideration of competing offers for the sale (each, a "**Sale**") of substantially all of the Debtors' assets, including the Talon and Union Hospital Divisions (each, a "**Purchased Asset**," and collectively, the "**Purchased Assets**"),[3] including (a) procedures for (i) submitting bids for any or all of the Purchased Assets, (ii) designating a Stalking Horse Bidder for any Purchased Asset, (iii) conducting an auction (the "**Auction**") with respect to any Purchased Asset; (b) setting a bid deadline for bids on the Purchased Assets (the "**Bid Deadline**"); (c) scheduling the Auction for the Purchased Assets; (d) scheduling a hearing to approve any Sale of the Purchased Assets (the "**Sale Hearing**"); and (e) setting objection deadlines with respect to the Sale.

    2.    Pursuant to the Bidding Procedures Order, the Debtors, in consultation with the DIP Lender, Prepetition Lenders and the Committee, are authorized to extend the deadlines set forth in the Bidding Procedures Order and adjourn the Auction and Sale Hearing as to any or all of the Purchased Assets as the Debtors deem appropriate. See Bidding Procedures Order ¶32. The Debtors hereby provide notice of the following adjournments and extensions with respect to the Sale of the Talon and Union Hospital Divisions, subject to the Debtors' right to further extend such deadlines upon appropriate notice and consultation as set forth in the Bidding Procedures Order:

| **Event** | **Previous Date** | **New Date** |
| --- | --- | --- |
| **Stalking Horse Agreement/ Participation Deadline** | Jan. 15, 2014 at 5:00 p.m. (ET) | Jan. 27, 2014 at 5:00 p.m. (ET) |
| **Bid Deadline** | Jan. 21, 2014 at 12:00 p.m. (ET) | Feb. 5, 2014 at 12:00 p.m. (ET) |
| **Auction**[4] | Jan. 30, 2014 at 10:00 p.m. (ET) | Feb. 10, 2014 at 10:00 a.m. (ET) |
| **Sale Hearing**[5] | Feb. 3, 2014 at 11:30 a.m. (ET) | Feb. 13, 2014 at 2:00 p.m. (ET) |

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc. (9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

[2] Unless otherwise defined herein, capitalized terms have the meaning ascribed to them in the Bidding Procedures Order.

[3] The "Talon Division" provides clinical laboratory and anatomic pathology services to physicians, physician offices and medical groups in Indiana and Illinois. The "Union Hospital Division" provides clinical laboratory, anatomic pathology and nuclear imaging services to Union Hospital in Terre Haute and Clinton, Indiana.

[4] The Auction will be held at the offices of Pillsbury Winthrop Shaw Pittman LLP, co-counsel to the Debtors, at 1540 Broadway, New York, New York 10036, or at such other place as may be designated in writing by the Debtors.

[5] The Sale Hearing will be held before Honorable Peter J. Walsh, United States Bankruptcy Judge, Sixth Floor, 824 North Market Street, Wilmington, Delaware 19801, Courtroom #2

3. The Objection Deadline (defined below) with respect to the Sale of the Purchased Assets has been extended, such that objections, if any, to the sale of the Purchased Assets or the relief requested in the Motion with respect to the Purchased Assets **(other than with respect to cure amounts and adequate assurance, which are subject to separate previously served notices**) must: (a) be in writing; (b) comply with applicable rules; (c) be filed with the Clerk of the Court, Third Floor, 824 Market Street, Wilmington, DE 19801, on or before **4:00 p.m. (ET) on February 6, 2014** (the "**Objection Deadline**"); and (d) be served, so as to be received no later than 4:00 p.m. (ET) on the same day upon:

(i) the Debtors, 671 Ohio Pike, Suite K, Cincinnati, OH 45245; (ii) co-counsel to the Debtors, (a) Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, NY 10036 (Attn: Leo T. Crowley, Jonathan Russo and Margot Erlich) and (b) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P. O. Box 1347, Wilmington, DE 19899-1347 (Attn: Robert J. Dehney and Derek C. Abbott); (iii) investment bankers to the Debtors, Duff & Phelps Securities, LLC, 10100 Santa Monica Blvd, Suite 1100, Los Angeles, CA 90067 (Attn: Mark Catania); (iv) Development Specialists, Inc., Three First National Plaza, 70 West Madison Street, Suite 2300, Chicago, IL 60602-4250 (Attn: William A. Brandt, Jr.); (v) counsel to DIP Lender, Bingham McCutchen LLP, 399 Park Avenue, New York, NY 10022 (Attn: Mark Deveno and Erin K. Mautner) and Richards, Layton & Finger, P.A., 920 N. King Street, Wilmington, DE 19801 (Attn: Mark Collins); (vii) counsel to the Committee: Otterbourg P.C., 230 Park Avenue, New York, NY 10169 (Attn: David M. Posner), and Klehr Harrison Harvey Branzburg, LLP, 919 Market Street, Suite 1000, Wilmington, DE 19801-3062 (Attn: Margaret Manning); (viii) financial advisor to the Committee, Carl Marks Advisory Group, LLC, 900 Third Avenue, 33rd Floor, New York, NY 10022 (Attn: Chuck Boguslaski) and (ix) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Richard Schepacarter).

4. **All objections must state with specificity the nature of such objection and will be heard by the Court at the Sale Hearing. UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT AND THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.**

This Notice and any Sale are subject to the fuller terms and conditions of the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict. The Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the Sale of the Purchased Assets or obtaining a copy of any related document, subject to any necessary confidentiality agreement, may make a written request to: Duff & Phelps Securities, LLC, 10100 Santa Monica Blvd, Suite 1100, Los Angeles, CA 90067 (Attn: Mark Catania). In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found on (a) the Court's website, www.deb.uscourts.gov, (b) at www.bmcgroup.com/laboratorypartners, and (c) are on file with the Clerk of the Court, Third Floor, 824 Market Street, Wilmington, DE 19801.

Dated: Wilmington, Delaware
January 15, 2014

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| Robert J. Dehney (No. 3578) | Leo T. Crowley |
| Derek C. Abbott (No. 3376) | Jonathan J. Russo |
| Erin R. Fay (No. 5268) | Margot Erlich |
| 1201 N. Market Street | 1540 Broadway |
| PO Box 1347 | New York, New York 10036 |
| Wilmington, DE 19899-1347 | Telephone: (212) 858-1000 |
| Telephone: 302-658-9200 | Facsimile: (212) 858-1500 |
| Facsimile: 302-658-3989 | |
| | *Co-Counsel to Debtors and Debtors in Possession* |