IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Laboratory Partners, Inc., *et al.*,[1] | : | Case No. 13-12769 (PJW) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **RE: D.I. 358** |

---------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION FOR ORDER AUTHORIZING (A) SALE OF CERTAIN OF THE DEBTORS' UNION HOSPITAL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (B) THE DEBTORS TO ENTER INTO RELATED ASSET PURCHASE AGREEMENT; <u>(C) MUTUAL RELEASES; AND (D) RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** THAT, the above-captioned debtors and debtors-in-possession (the "<u>Debtors</u>") in the above-captioned cases, hereby withdraw the *Debtors' Motion For Order Authorizing (A) Sale Of Certain Of The Debtors' Union Hospital Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement (C) Mutual Releases; And (D) Related Relief* filed on February 21, 2014, at Docket Item 358 without prejudice. Per the Court's request, such motion will be re-filed under a different docketing event. The re-filed motion is the same motion filed at Docket Item 358.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc.(9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

| | |
|---|---|
| Dated: February 24, 2014<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Erin R. Fay*<br>Robert J. Dehney (No. 3578)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Erin R. Fay (No. 5268)<br>1201 N. Market St., 16th Flr.<br>PO Box 1347<br>Wilmington, DE  19899-1347<br>Telephone:  302-658-9200<br>Facsimile:  302-658-3989<br><br>-and-<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Leo T. Crowley<br>Jonathan J. Russo<br>Margot Erlich<br>1540 Broadway<br>New York, New York 10036<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500<br><br>*Counsel to Debtors and Debtors in Possession* |

8027631.1