IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                                  :   Chapter 11
                                                       :
Laboratory Partners, Inc., *et al.*,[1]                :   Case No. 13-12769 (PJW)
                                                       :
                          Debtors.                     :   (Joint Administered)
                                                       :
                                                       :   Re: D.I. 359, 361
------------------------------------------------------x

**ORDER UNDER 11 U.S.C. §§ 102(1) AND 105(A) SHORTENING NOTICE RELATING TO DEBTORS' MOTION FOR ORDER AUTHORIZING (A) SALE OF CERTAIN OF THE DEBTORS' UNION HOSPITAL ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; (B) THE DEBTORS TO ENTER INTO RELATED ASSET PURCHASE AGREEMENT; (C) MUTUAL RELEASES; AND (D) RELATED RELIEF**

Upon consideration of *Motion for an Order Under 11 U.S.C. §§ 102(1) and 105(a) Shortening Notice Relating to Debtors' Motion For Order Authorizing (A) Sale Of Certain Of The Debtors' Union Hospital Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Mutual Releases; And (D) Related Relief* (the "Motion to Shorten")[2] filed by the Debtors, the Court finds that (a) it has jurisdiction over the matters raised in the Motion to Shorten pursuant to 28 U.S.C. § 1334(b), (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) proper and adequate notice of the Motion to Shorten has been given under the circumstances and that no

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc. (9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

[2] Capitalized terms used but not defined herein shall have the meaning given to them in the Motion to Shorten.

other or further notice is necessary, and (d) good and sufficient cause exists for the granting of the relief requested in the Motion to Shorten.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion to Shorten is **GRANTED**.

2. The notice required with respect to the *Debtors' Motion For Order Authorizing (A) Sale Of Certain Of The Debtors' Union Hospital Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Mutual Releases; And (D) Related Relief* (the "Motion") is shortened.

3. Any objections to the Motion must be filed on or before March 6, 2014 at 11:00 (ET).

4. A hearing on the Motion will take place in the Court on March 6, 2014 at 11:00 (ET).

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: February 24, 2014
Wilmington, Delaware

_____
THE HONORABLE PETER J. WALSH
UNITED STATES BANKRUPTCY JUDGE

2