IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
Laboratory Partners, Inc., *et al.*,[1]              : Case No. 13-12769 (PJW)
                                                     :
                   Debtors. : (Jointly Administered)
---------------------------------------------------------x

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 11, 2014 AT 9:30 A.M. (EASTERN TIME)[2]

**MATTER UNDER CERTIFICATE OF NO OBJECTION ("C.N.O."):**

1. Debtors' Motion For Entry Of An Order Under 11 U.S.C. §§ 363(b)(1) And 365(d)(4) Extending The Deadline By Which The Debtors Must Determine To Assume Or Reject Unexpired Leases Of Nonresidential Real Property Upon Receipt Of Written Consent From Lessors (D.I. 479, Filed 5/20/14).

   Objection Deadline:  June 4, 2014 at 4:00 p.m. (Eastern Time).

   Objections Received:  None.

   Related Pleadings:

   (a) C.N.O. Regarding Debtors' Motion For Entry Of An Order Under 11 U.S.C. §§ 363(b)(1) And 365(d)(4) Extending The Deadline By Which The Debtors Must Determine To Assume Or Reject Unexpired Leases Of Nonresidential Real Property Upon Receipt Of Written Consent From Lessors (D.I. 541, Filed 6/9/14); and

   (b) Proposed Form of Order.

   Status:  A certificate of no objection has been filed with the Court.

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc.(9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as MEDLAB. The Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801

8285965.4

**UNCONTESTED MATTER GOING FORWARD:**

2. Second Quarterly Fee Application Requests Of Professionals.

   Responses Received:  None.

   Related Pleading:

   (a) Fee Application Exhibit (attached hereto as Exhibit A).

   Status:  This matter is going forward.

**CONTESTED MATTER GOING FORWARD:**

3. Debtors' Motion For Order Authorizing (A) Sale Of Substantially All Of The Debtors' Long-Term Care Division Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (D) Related Relief (D.I. 482, Filed 5/21/14).

   Objection Deadline:  June 4, 2014 at 4:00 p.m. (Eastern Time), extended to June 9, 2014 solely for the United States Department of Justice on behalf of the Centers for Medicaid and Medicare.

   Objections Received:

   (a) Informal comments of Aetna Inc. and Coventry Health Care;

   (b) Informal comments of the Centers for Medicaid and Medicare;

   (c) Objection of Halfpenny Technologies, Inc. to Debtors' Notice of Cure Amounts (D.I. 532, Filed 6/3/14); and

   (d) Limited Objection of Beckman Coulter Inc. to Debtors' Motion For Order Authorizing (A) Sale Of Substantially All Of The Debtors' Long-Term Care Division Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (D) Related Relief (D.I. 535, Filed 6/4/14).

Related Pleading:

(a)  Debtors' Consolidated Reply To Objections To Debtors' Motion For Order Authorizing (A) Sale Of Substantially All Of The Debtors' Long-Term Care Division Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Assumption And Assignment Of Executory Contracts; (D) And Related Relief (D.I. 539, Filed 6/6/14); and

(b)  Declaration of William A. Brandt, Jr. in Support of 3. Debtors' Motion For Order Authorizing (A) Sale Of Substantially All Of The Debtors' Long-Term Care Division Assets Free And Clear Of Liens, Claims, Encumbrances, And Interests; (B) The Debtors To Enter Into Related Asset Purchase Agreement; (C) Assumption And Assignment Of Executory Contracts And Unexpired Leases; And (D) Related Relief (D.I. 542, Filed 6/9/14).

Status:  The Debtors have resolutions in principle regarding the informal comments at responses (a) and (b). The Debtors and the party the cure objection at response (c) have agreed to adjourn the hearing on such cure objection.  The Debtors and the party filing response (d) are continuing to discuss the issues raised in the response.  This matter is going forward.

Dated: June 9, 2014  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*  
Robert J. Dehney (No. 3578)  
Erin R. Fay (No. 5268)  
1201 N. Market Street  
PO Box 1347  
Wilmington, DE  19899-1347  
Telephone:  302-658-9200  
Facsimile:  302-658-3989

- and-

PILLSBURY WINTHROP SHAW PITTMAN LLP  
Leo T. Crowley  
Jonathan J. Russo  
Margot Erlich  
1540 Broadway  
New York, New York 10036  
Telephone: (212) 858-1000  
Facsimile: (212) 858-1500

*Counsel to Debtors and Debtors in Possession*

3