# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LABORATORY PARTNERS, INC. | | |
| **Case Number:** | 13-12769-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 11, 2014 09:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus

**R / M #:**   543 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - CNO filed and Order signed
#2 - Omnibus Order signed approving second quarterly fee applications
#3 - Order signed approving sale of certain assets