**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
Laboratory Partners, Inc., *et al.*,[1]          :    Case No. 13-12769 (PJW)
                                                 :
          Reorganized Debtors.   :    (Jointly Administered)
                                                 :
------------------------------------------------------------------x

**NOTICE OF (I) CONFIRMATION OF DEBTORS' FIRST AMENDED JOINT CHAPTER 11 PLAN, (II) THE OCCURRENCE OF THE EFFECTIVE DATE, AND (III) DEADLINES FOR FILING ADMINISTRATIVE CLAIMS, FINAL FEE APPLICATIONS AND REJECTION DAMAGES CLAIMS**

**PLEASE READ THIS NOTICE CAREFULLY AS IT CONTAINS BAR DATES AND OTHER INFORMATION THAT MAY AFFECT YOUR RIGHTS TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

       1.    **Entry of Confirmation Order.** On July 10, 2014, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), entered the Findings of Fact, Conclusions of Law and Order Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming the Debtors' First Amended Joint Chapter 11 Plan [D.I. 605] (the "Confirmation Order") in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). Pursuant to the Confirmation Order, the Bankruptcy Court confirmed the Debtors' First Amended Joint Chapter 11 Plan (the "Plan"),[2] which confirmed Plan was attached to the Confirmation Order.

       2.    **Effective Date.** The Effective Date of the Plan occurred on July 25, 2014.

       3.    **Bar Date for Administrative Claims.** In accordance with paragraph 29 of the Confirmation Order and Article II of the Plan, requests for payment of Administrative Claims (excluding Professional Fee Claims) ("Administrative Expense Requests") must be filed and served as set forth below **by no later than August 25, 2014**. Objections, if any, to Administrative Expense Requests must be filed and served on the parties set forth below and the requesting party no later than fourteen (14) days from the date on which each such Administrative Expense Request is filed. Nothing in the Plan, Confirmation Order, or this notice shall revise or otherwise entitle any entity to file or assert an Administrative Expense Request which is subject to an existing Bar Date. Parties that already filed administrative expense requests for claims that arose from October 25, 2013 through and including December 9, 2013 or that asserted entitlement to administrative expense priority under section 503(b)(9) of the Bankruptcy Code do not need to re-file such requests. **ANY HOLDER OF AN ADMINISTRATIVE EXPENSE CLAIM THAT DOES NOT COMPLY WITH THIS BAR DATE SHALL BE BARRED FROM PARTICIPATING IN THE PLAN, OBTAINING A DISTRIBUTION THEREUNDER WITH RESPECT TO SUCH ADMINISTRATIVE EXPENSE CLAIM, OR ASSERTING SUCH ADMINISTRATIVE EXPENSE CLAIM AGAINST THE DEBTORS, THE REORGANIZED DEBTORS, THEIR ESTATES, THE LPI PLAN TRUST OR THE LPI PLAN TRUSTEE.**

       4.    **Bar Date for Final Fee Applications.** In accordance with paragraph 28 of the Confirmation Order and Article II of the Plan, Final Fee Applications must be filed and served as set forth below **by**

---

[1] The Reorganized Debtors and the last four digits of their taxpayer identification numbers are as follows: Laboratory Partners, Inc. (3376), Kilbourne Medical Laboratories, Inc. (9849), MedLab Ohio, Inc. (9072), Suburban Medical Laboratory, Inc. (0859), Biological Technology Laboratory, Inc. (4370), Terre Haute Medical Laboratory, Inc. (1809), and Pathology Associates of Terre Haute, Inc. (6485). Certain of the Debtors do business as Medlab. The Reorganized Debtors' mailing address for notice in these cases is: 671 Ohio Pike, Suite K, Cincinnati, OH 45245.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order.

**no later than August 25, 2014.** Objections, if any, to Final Fee Applications must be filed and served on the parties set forth below and the requesting professional no later than fourteen (14) days from the date on which each such Final Fee Application is Filed. **THE HOLDER OF A PROFESSIONAL FEE CLAIM THAT DOES NOT COMPLY WITH THIS BAR DATE FIXED BY THE PLAN SHALL BE BARRED FROM ASSERTING SUCH PROFESSIONAL FEE CLAIM AGAINST THE DEBTORS, THE REORGANIZED DEBTORS OR THEIR ESTATES.**

       5.    **Filing and Service of Administrative Expense Requests, Final Fee Applications, and Objections Thereto.** Administrative Expense Requests, Final Fee Applications, and objections thereto pursuant to this notice must be must be (a) sent to the Clerk of Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801 or electronically filed at http://www.deb.uscourts.gov (registration required) and (b) served upon counsel for the Reorganized Debtors, counsel for the LPI Plan Trust and the LPI Plan Trustee, counsel for the Prepetition Lenders, and counsel for the Committee at the addresses listed in Article IX.N of the Plan as well as on the Office of the United States Trustee and if an objection, upon the relevant moving party, so as to be received on or before the applicable deadline.

       6.    **Bar Date for Rejection Damages for Rejected Executory Contracts.** In accordance with paragraph 30 of the Confirmation Order and Article V of the Plan, all Claims arising from the rejection of Executory Contracts under the Plan and the Confirmation Order ("<u>Rejection Damages Claims</u>") must be filed with BMC Group, Inc., the Debtors' claims agent, at the address set forth below **by no later than August 25, 2014**:

       BMC Group, Inc.
       P.O. Box 3020
       Chanhassen, MN 55317-3020
       (Attn: Laboratory Partners Claims Processing)

Nothing in the Plan, Confirmation Order, or this notice extends or modifies any previously applicable Bar Date. **REJECTION DAMAGES CLAIMS ARE NOT ENTITLED TO A DISTRIBUTION UNDER THE PLAN.**

       7.    **Copies of Plan and the Confirmation Order.** Copies of the Plan and Confirmation Order and any exhibits thereto, the proof of claim form, the entire docket of the Debtors' cases, and other relevant case information are publicly available by accessing the Debtors' case information website at **www.bmcgroup.com/laboratorypartners**.

       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

       */s/ Erin R. Fay*
       Robert J. Dehney (No. 3578)
       Derek C. Abbott (No. 3376)
       Erin R. Fay (No. 5268)
       1201 N. Market St., 16th Flr.
       PO Box 1347
       Wilmington, DE 19899-1347
       Telephone: (302) 658-9200
       Facsimile: (302) 658-3989

       - and -

       PILLSBURY WINTHROP SHAW PITTMAN LLP
       Leo T. Crowley
       Jonathan J. Russo
       Margot Erlich
       1540 Broadway
       New York, New York 10036
       Telephone: (212) 858-1000
       Facsimile: (212) 858-1500

       *Counsel to the Reorganized Debtors*